# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137808

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARIO ORLANDO GRAY, II,
      Defendant-Appellant.

SC: 137808
COA: 287748
Genesee CC: 07-020621-FC

_____/

      On order of the Court, the application for leave to appeal the October 14, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

Clerk

d1019